■ In the Matter of ARIEONA A.S., an Infant. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; CHRISTOPHER H., Appellant. [841 NYS2d 904]—Appeal from an order of the Family Court, Monroe County (Gail A. Donofrio, J.), entered June 1, 2006. The order terminated respondent's parental rights based upon a finding of permanent neglect and committed the guardianship and custody of the child to petitioner.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Hurlbutt, J.P., Martoche, Smith, Lunn and Peradotto, JJ.